IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$70,194 UNITED STATES CURRENCY,<br><br>Defendant. | **8:21CV449**<br><br>**ORDER** |

On August 29, 2022, the court held a conference with counsel for the government and for claimants to the defendant funds regarding claimants' outstanding responses to the Special Interrogatories originally served in April 2022. (See [Filing No. 20](#)). The undersigned set a 5-day deadline for the government to file a motion to compel responses and Claimants Deonte Woodson and Matthew Thomas-Jones were given 14 days to respond following the motion. ([Filing No. 23](#)). The motion to compel was filed on August 30, 2022. ([Filing No. 24](#)). Claimant's counsel received notice of the filing through the CM/ECF filing system, and claimants received separate notice of the motion by mail. ([Filing No. 27](#)). No response has been filed and the claimants have not explained the failure to either respond to the Special Interrogatories or respond to the motion to compel.

Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to compel is granted. ([Filing No. 24](#)). Claimants Deonte Woodsen and Matthew Thomas-Jones shall respond to the Special Interrogatories on or before October 13, 2022 and file a certificate of their compliance on the docket.

2) Failure to timely comply with paragraph 1 of this order, may result in the court striking Deonte Woodsen and Matthew Thomas-Jones' answers and claims to the funds without further notice pursuant to Federal Rule of Civil Procedure 37(b)(2)(A).

Dated this 22nd day of September, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge